**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1722

DARLA R. FLOYD; DANA NICHOLE FLOYD,

Plaintiffs - Appellees,

versus

NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (6:04-cv-01305-GRA)

Submitted:  March 2, 2007                Decided:  March 13, 2007

Before WILKINSON, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John R. Murphy, Adam J. Neil, MURPHY & GRANTLAND, P.A., Columbia,
South Carolina, for Appellant.  John Shannon Nichols, BLUESTEIN &
NICHOLS, LLC, Columbia, South Carolina; Bryan D. Ramey, BRYAN D.
RAMEY & ASSOCIATES, Piedmont, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nationwide Mutual Insurance Company appeals the district court's order reforming Darla Floyd's insurance policy to include underinsured motorist coverage and allowing Floyd to stack the coverage on her vehicles. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Floyd v. Nationwide Mut. Ins. Co., No. 6:04-cv-01305-GRA (D.S.C. May 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED